**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRI-DAM, | ) | 1:11-cv-01301-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING MATTERS |
| v. | ) | UNDER SUBMISSION |
| | ) | |
| RANDALL YICK, | ) | (Docs. 36-38) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Tri-Dam and defendant Randall Yick have filed competing motions for summary judgment. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the scheduled hearing date of April 29, 2013 is hereby VACATED and the parties shall not appear. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 24, 2013                                          _____
                                                                                        SENIOR  DISTRICT  JUDGE