David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Defendant RANDAL YICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM, | Case No.: 1:11-CV-01301-AWI-SMS |
| Plaintiff, | **ORDER GRANTING STIPULATION TO RESCHEDULE THE PRETRIAL CONFERENCE** |
| v. | |
| RANDAL YICK, | Pretrial Conference: March 12, 2014 |
| Defendant. | Time: 8:30 a.m. |
| | Dept: Courtroom 2 |
| | Judge: Honorable Anthony W. Ishii |
| | Trial: May 6, 2014 |

On February 24, 2014, TRI-DAM ("Plaintiff") and RANDAL YICK ("Defendant"), by and through their respective counsel, filed a Stipulation to Reschedule the Pretrial Conference from March 13, 2014, to March 12, 2014 at 8:30 a.m.

The above requested Stipulation to Reschedule the Pretrial Conference is hereby GRANTED.

IT IS SO ORDERED.

Dated:  February 24, 2014        _____
                                        SENIOR DISTRICT JUDGE

- 1 -
PROPOSED ORDER ON STIPULATION TO RESCHEDULE THE PRETRIAL CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28