1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10    TRI-DAM,                                    1:11-cv-01301-AWI-SMS

11                    Plaintiff,         **ORDER VACATING PRETRIAL**
                                         **AND TRIAL DATES AND**
12                                       **ORDERING PARTIES TO MEET,**
          v.                             **CONFER, AND FILE STATUS**
13                                       **UPDATE**
      RANDALL YICK,
14
15                    Defendant.
16    _____/
17
18

19          The parties to this action are scheduled to appear for a pretrial conference before this

20    Court on Wednesday, March 12, 2014, at 8:30 a.m., in Courtroom 2. In the joint pretrial

21    statement the parties indicated that an order on the motion for summary judgment on either *Tri-*

22    *Dam v. Michael* or *Tri-Dam v. Schediwy* may impact claims or defenses of the parties in this

23    case. ECF Doc. 64 at p. 12. An order regarding the motion for summary judgment in *Tri-Dam v.*

24    *Schediwy* was recently issued. *See Tri-Dam v. Schediwy*, 1:11-cv-1141, ECF Doc. 84 (E.D. Cal,

25    March 6, 2014).  Accordingly, due to calendar congestion and the potential change in posture of

26    the parties based on the recently issued order, the March 12, 2014, pretrial conference and the

27    May 6, 2014, trial date are both vacated. The parties are ordered not to appear on those dates.

28

1

The parties are further ordered to review the order on the related case, *Tri-Dam v. Schediwy*, 1:11-cv-1141, ECF Doc. 84 (E.D. Cal. March 6, 2014). The parties must thereafter meet and confer by April 4, 2014, and file a status update with this Court by April 11, 2014, regarding whether the Court's order in *Schediwy* impacts the positions of the parties to the instant matter. If, after the parties have had an opportunity to meet and confer, a resolution cannot be reached and either party believes that this case is impacted by the order in *Schediwy* then a party seeking to either reopen discovery or set a new briefing schedule for dispositive motions must file a motion to that effect with this Court. Any such motions must be filed by April 18, 2014.

IT IS SO ORDERED.

Dated:   March 6, 2014        _____

SENIOR  DISTRICT  JUDGE

2