UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDAL YICK,<br><br>    Defendant. | Case No. 1:11-CV-01301-AWI-SMS<br><br>**STIPULATED JUDGMENT** |

On July 28, 2016, this Court granted plaintiff Tri-Dam's ("Tri-Dam") motion for partial summary judgment on Tri-Dam's two nuisance claims and entered a permanent injunction prohibiting defendant Randal Yick ("Yick") from maintaining his dock on Tulloch Reservoir without a permit from Tri-Dam.

That ruling did not resolve three of the five claims asserted in Tri-Dam's Second Amended Complaint which essentially seek the same relief as the two nuisance claims which the Court adjudicated through its summary judgment ruling. Subsequently the parties entered into a stipulation to dismiss the remaining claims and have judgment entered pursuant to the Court's ruling on the motion for partial summary judgment (Doc. 107). Accordingly, the Court enters final judgment on Tri-Dam's Second Amended Complaint as follows.

1

      IT IS HERBY ORDERED that Yick's dock cannot be permitted as it presently exists because it extends outside of his property line in violation of the Shoreline Management Plan ("SMP").  Yick will be afforded the opportunity to remedy his violation of the SMP and apply for an encroachment permit from Tri-Dam by submitting an application on or before August 18, 2016.  Yick's dock may be maintained only if Tri-Dam approves a permit application submitted as set forth above.  Otherwise, Yick's dock must be removed from Tulloch Reservoir no later than the later of: (1) 15 days after the date of denial of his permit application, or (2) August 27, 2016, if no application is submitted by August 18, 2016.

      Tri-Dam is the prevailing party in this matter.

      The Clerk of the Court is directed to enter this Judgment pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure.

      The Court will retain continuing jurisdiction over this matter to enforce this Judgment.

      If Yick fails to remove the dock by the time frame set forth above then Tri-Dam is authorized, pursuant to Rule 70(a) of the Federal Rules of Civil Procedure to remove the dock at Yick's expense.

      <u>The Clerk of the Court is directed to close this case.</u>

IT IS SO ORDERED.

Dated: __August 16, 2016__             _[signature]_
                                           SENIOR DISTRICT JUDGE